**United States District Court**
Western District of Texas
El Paso Division

FILED
Mar 22 2023
Clerk, U.S. District Court
Western District of Texas

By: *MVM*
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | § § |
| vs. | § No: EP:23-M -00780(1) RFC § |
| **(1) LORENO MORENO** | § § § |
| *Defendant* | |

## ORDER APPOINTING COUNSEL

The above Defendant has testified under oath, or has otherwise satisfied this Court that he or she is financially unable to employ counsel, and does not wish to waive counsel.

Because the interests of justice so require, the FEDERAL PUBLIC DEFENDER of this District is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case.

Defense Counsel is **ORDERED** to meet and confer with the Defendant prior to the time of the hearing. Failure to do so, in absence of good cause, will result in termination of the appointment of counsel.

This appointment shall remain in effect until further order of the Court.

It is, accordingly, so **ORDERED** this the 22nd day of March, 2023.

ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE