**FEDERAL PUBLIC DEFENDER**

WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **MAUREEN SCOTT FRANCO**<br>FEDERAL PUBLIC DEFENDER<br><br>JUDY F. MADEWELL<br>FIRST ASSISTANT<br>_____<br><br>REGINALDO TREJO, JR.<br>EDGAR HOLGUIN<br>*EL PASO*<br>SUPERVISORY ASSISTANTS | RICHARD C. WHITE FEDERAL BUILDING<br>700 E. SAN ANTONIO AVENUE, SUITE D-401<br>EL PASO, TEXAS 79901-7020<br><br>March 28, 2023 | TELEPHONE<br>(915) 534-6525<br>TOLL FREE<br>(855) 666-1510<br>FACSIMILE<br>(915) 534-6534<br>_____<br>SAN ANTONIO<br>AUSTIN<br>ALPINE<br>DEL RIO<br>MIDLAND<br>PECOS<br>WACO |

U.S. District Clerk
Albert Armendariz, Sr.
U.S. Courthouse
525 Magoffin Ave.
El Paso, TX 79901

**NOTICE OF ATTORNEY ASSIGNMENT**

    RE:    USA v. Lorena Moreno
               Case No. EP-23-M-780-RFC

Dear Sir/Madam,

    Please be advised that I, Assistant Federal Public Defender, Elyse Bataller-Schneider, am assigned to the above-referenced case.

                        Very truly yours,

                        MAUREEN SCOTT FRANCO
                        Federal Public Defender

                        /S/

                        ELYSE BATALLER-SCHNEIDER
                        ASSISTANT FEDERAL PUBLIC DEFENDER